AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fish, Allen J. | United States District Court, Northern District of Texas | 05/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Senior) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1100 Commerce Street<br>Suite 1404<br>Dallas, Texas 75242 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | SMU Dedman School of Law - teaching fall term 2010 |
| 2. | |
| 3. | |

Fish , Allen J.

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>*(yours, not spouse's)* |
|---|---|---|
| 1. 2010 | SMU Dedman School of Law - teaching | $40,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | St. John's Episcopal School--Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Texas Federal Credit Union Accounts, Dallas, TX | A | Dividend | L | T | | | | | |
| 2. Guardian Ins. & Ann. Co. deferred annuity | | | | | | | | | |
| 3. -Guardian Stock Fund | A | Dividend | | | Sold | 03/09/10 | K | E | |
| 4. -Centurion Fund | A | Dividend | | | Sold | 03/09/10 | J | A | |
| 5. TIAA-CREF deferred annuity | | | | | | | | | |
| 6. -CREF Stock Fund | A | Dividend | | | Sold | 04/14/10 | J | A | |
| 7. -TIAA Real Estate Fund | A | Dividend | | | Sold | 04/14/10 | J | A | |
| 8. -CREF Inflation Linked Bond Fund | A | Dividend | J | T | Buy (add'l) | 04/14/10 | J | | |
| 9. IRA #1 | | | | | | | | | |
| 10. -Vanguard Total Stock Mkt Index Fund (VTSMX) | A | Dividend | K | T | | | | | |
| 11. -Vanguard Inflation Protected Securities Fund (VIPSX) | A | Dividend | K | T | | | | | |
| 12. IRA #2 | | | | | | | | | |
| 13. -Vanguard Total Stock Mkt Index Fund (VTSMX) | A | Dividend | J | T | | | | | |
| 14. -Vanguard Inflation Protected Securities Fund (VIPSX) | A | Dividend | J | T | | | | | |
| 15. IRA #3 | | | | | | | | | |
| 16. -Vanguard Total Stock Mkt VIPERS (VTI) | A | Dividend | J | T | Sold (part) | 10/12/10 | J | A | |
| 17. -iShares TIPS Bond Fund (TIP) | A | Dividend | J | T | Buy (add'l) | 10/12/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -iShares EAFE Index Trust (EFA) | A | Dividend | J | T | Buy (add'l) | 10/15/10 | J | | |
| 19. | -Vanguard REIT VIPERS (VNQ) | A | Dividend | J | T | Sold (part) | 10/12/10 | J | A | |
| 20. | -SPDR Select Sector-Energy (XLE) | A | Dividend | J | T | Buy (add'l) | 10/12/10 | J | | |
| 21. | -American Century Int'l Bond Fund (BEGBX) | A | Dividend | J | T | Buy (add'l) | 10/15/10 | J | | |
| 22. | -iShares FTSE Xinhua China 25 (FXI) | A | Dividend | J | T | | | | | |
| 23. | -iShares Russell 1000 Value Trust (IWD) | A | Dividend | J | T | Buy (add'l) | 10/12/10 | J | | |
| 24. | -iShares Russell 2000 Value Trust (IWN) | A | Dividend | J | T | Sold (part) | 10/12/10 | J | A | |
| 25. | -iShares EAFE Value Index Trust (EFV) | A | Dividend | J | T | Buy (add'l) | 10/15/10 | J | | |
| 26. | Vanguard Emerging Markets VIPERS (VWO) | A | Dividend | J | T | Sold (part) | 10/12/10 | J | A | |
| 27. | SPDR Gold Trust Gold Shares (GLD) | | None | J | T | | | | | |
| 28. | IRA #4 | | | | | | | | | |
| 29. | -Vanguard Total Stock Mkt VIPERS (VTI) | A | Dividend | J | T | | | | | |
| 30. | -iShares TIPS Bond Fund (TIP) | A | Dividend | J | T | | | | | |
| 31. | -iShares EAFE Index Trust (EFA) | A | Dividend | J | T | | | | | |
| 32. | -Vanguard REIT VIPERS (VNQ) | A | Dividend | J | T | | | | | |
| 33. | -SPDR Select Sector-Energy (XLE) | A | Dividend | J | T | | | | | |
| 34. | -iShares FTSE Xinhua China 25 (FXI) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Exxon Mobil Common Stock (XOM) | A | Dividend | K | T | | | | | |
| 36. ING USA Annuity & Life Insurance Company deferred annuity | B | Interest | K | T | Buy | 03/20/10 | K | | |
| 37. Aviva Life & Annuity Company deferred annuity (X) | D | Interest | M | T | Buy | 05/25/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The items reported in paragraph VII(1) are credit union accounts. Detailed transactional data are not being provided in accordance with the instructions.

2. The additinal shares in paragraph VII(8) were purchased with the proceeds of the sales reported in paragraphs VII (6) and (7).

3. The additional shares in paragraphs VII(17), (18), (20), (21), (23), and (25) were purchased with proceeds of the sales reported in paragraphs VII(16), (19), (24), and (26).

4. The deferred annuity reported in paragraph VII (36) was purchased with the proceeds of the sale of the deferred annuity reported in paragraphs VII(3) and (4).

5. The deferred annuity in paragraph VII (37) was purchased with proceeds of the Thrift Savings Plan account which has been, in accordance with the instructions, nonreportable.

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Allen J. Fish**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544